# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

IN RE:
Justin Lambert Keefe
***( known aliases: Selma Flower Company, The Florist at Plantation )***
424 Ashley Woods Ct
Clayton, NC 27527
TaxID: 88-2003424, 92-2080375

CASE NO.: 25-02864-5-PWM

DATE FILED: July 29, 2025
CHAPTER: 7

MOTION FOR DETERMINATION OF WILLFUL VIOLATION OF THE AUTOMATIC STAY AND FOR RELIEF UNDER 11 U.S.C. § 362(k)

COMES NOW the Debtor, Justin Lambert Keefe, appearing pro se, and respectfully moves this Court for an order determining that FUNDO LLC willfully violated the automatic stay imposed by 11 U.S.C. § 362, and in support states:

1. The Debtor filed a voluntary petition for relief under Chapter 7 on 7/29/2025.

2. FUNDO LLC was listed as a creditor on amended schedules filed on 8/20/2025 and received notice of the bankruptcy filing via USPS first-class mail.

3. On or about October 10/21/2025, prior to any UCC filing, Debtor notified FUNDO LLC of the bankruptcy again via email by sending a second copy of the Notice of Bankruptcy Filing after the creditor advised they were not in receipt of the mailed bankruptcy notice, and FUNDO LLC acknowledged receipt of that notice via email through one of their company representatives, Alnisa Fletcher.

4. Despite notice via mail and acknowledged notice via e-mail, on or about 10/22/2025 FUNDO LLC filed a UCC financing statement asserting a lien against Debtor's accounts and funds.

5. Using the same UCC filing, FUNDO LLC
   a. Asserted control over Debtor's PayPal account; and
   b. After releasing that restriction, subsequently asserted control over Debtor's DOORDASH MERCHANT account approximately three (3) days later.

6. These actions occurred post-petition and constituted acts to create, perfect, or enforce a lien against property of the estate in violation of 11 U.S.C. § 362(a).

7. The violations were willful, as FUNDO LLC had actual notice of the bankruptcy filing and nevertheless took the actions described herein.

8. Although restrictions were lifted from PayPal, the violations had already occurred and caused Debtor disruption, risk of loss of access to funds, and required time and effort to remedy.

9. To date, regardless of multiple notices sent to creditors counsel, FUNDO LLC has not yet lifted the second lien imposed on theMerchant DoorDash Account serviced by STRIPE which has caused Debtor disruption, risk of loss of sales and required time and effort to remedy.

WHEREFORE, Debtor respectfully requests that the Court:

A. Determine that FUNDO LLC willfully violated the automatic stay;

B. Declare the UCC filing void to the extent it purports to affect Debtor's post-petition accounts or funds;

C. Order FUNDO LLC to refrain from any further enforcement or assertion of liens based on the UCC filing;

D. Award Debtor actual damages and costs pursuant to 11 U.S.C. § 362(k), or alternatively reserve the issue; and

E. Grant such other and further relief as the Court deems just.

Respectfully submitted,

Justin Lambert Keefe
Debtor, Pro Se

**Exhibits**

- **Exhibit A:** Amended Bankruptcy Schedule and Certificate of Service showing FUNDO LLC was listed
- **Exhibit B:** Email acknowledgment from creditor confirming receipt of bankruptcy notice
- **Exhibit C:** UCC Financing Statement filed after notice
- **Exhibit D:** Correspondence showing assertion of lien against PayPal
- **Exhibit E:** Correspondence showing assertion of lien against DoorDash Merchant Account

CERTIFICATE OF SERVICE

I certify that on 1/7/2025, I served a copy of the foregoing Motion and all exhibits by first-class mail upon:

Fundo LLC
3323 NE 163 Street, Suite 509
North Miami Beach, FL 33160

Law Offices of Michael Lupolover, P.C.
700 E Palisade Ave, 2nd Floor
Englewood Cliffs, NJ 07632

Kevin Sink
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue, Suite 210
Raleigh, NC 27612

Justin Lambert Keefe
Debtor, Pro Se

**Fill in this information to identify your case:**

Debtor 1 Justin Lambert Keefe
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number 25-02864-5-PWM
(If known)

FILED Ex. A

AUG 20 2025

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 | $ | $ | $ |
| 2.2 | $ | $ | $ |

**2.1**

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

**2.2**

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

## Part 1: Your PRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

Total claim | Priority amount | Nonpriority amount

☐

Priority Creditor's Name

Number Street

City State ZIP Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ $________ $________ $________

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

☐

Priority Creditor's Name

Number Street

City State ZIP Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ $________ $________ $________

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

☐

Priority Creditor's Name

Number Street

City State ZIP Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ $________ $________ $________

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

Debtor 1 Justin Lambert Keefe
First Name Middle Name Last Name

Case number (if known) 25-02864-5-PWM

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** CFG MERCHANT SOLUTIONS LLC
Nonpriority Creditor's Name
201 Route 17 North, Suite 805
Number Street
Rutherford, NJ 07070 USA
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ $ 5000

When was the debt incurred? ________

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Business Loan for Sole Prop

**4.2** FUNDO LLC
Nonpriority Creditor's Name
3323 NE 163rd St Suite 509
Number Street
North Miami Beach, FL 33160
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ $ 1900

When was the debt incurred? ________

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Business Loan for Sole Prop

**4.3** NELNET
Nonpriority Creditor's Name
P.O. Box 82565
Number Street
Lincoln, NE 68501-2565
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ $ 14057

When was the debt incurred? ________

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify ________

Debtor 1 Justin Lambert Keefe
First Name Middle Name Last Name

Case number (if known) 25-02864-5-PWM

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.4** WELLS FARGO
Nonpriority Creditor's Name
800 Walnut Street
Number Street
Des Moines, IA 50309-3605.
City State ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____ $ 500

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify OVERDRAFT SERVICE

**4.5** NAVY FEDERAL CREDIT UNION
Nonpriority Creditor's Name
P.O. Box 3000
Number Street
Merrifield, VA 22119-3000
City State ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____ $ 1000

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify OVERDRAFT SERVICE

**4.6** LABCORP
Nonpriority Creditor's Name
PO Box 2250
Number Street
Burlington, NC 27216-2240
City State ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____ $ 400

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify MEDICAL DEBTS

Debtor 1 Justin Lambert Keefe
First Name Middle Name Last Name

Case number (if known) 25-02864-5-PWM

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.** Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. **If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 61,000.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 61,000.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 14,057.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 52,255.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 66,312.00 |

Print | Save As... | Add Attachment | Reset

FILED

AUG 20 2025

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

**Fill in this information to identify your case:**

Debtor 1: Justin Lambert Keefe (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): 25-02864-5-PWM

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1: Summarize Your Assets**

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 11,906.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 11,906.00 |

**Part 2: Summarize Your Liabilities**

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 62,994.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 61,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 66,312.00 |
| **Your total liabilities** | $ 190,306.00 |

**Part 3: Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 5,857.94 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 5,734.00 |

Debtor 1 Justin Lambert Keefe (First Name / Middle Name / Last Name) Case number (if known) 25-02864-5-PWM

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 6,427.00

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 61,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ 14,057.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ |
| 9g. **Total.** Add lines 9a through 9f. | $ 75,057.00 |