**Fill in this information to identify your case:**

Debtor 1: Justin Lambert Keefe
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): 25-02864-5-PWM

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ [signature] Signature of Debtor 1

✗ ______________________ Signature of Debtor 2

Date 08/13/2025 MM / DD / YYYY

Date ________ MM / DD / YYYY

FILED

AUG 2 0 2025

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Raleigh Division**

IN RE:
Justin Lambert Keefe
***( known aliases: Selma Flower Company, The Florist at Plantation )***
424 Ashley Woods Ct
Clayton, NC 27527
TaxID: 88-2003424, 92-2080375

CASE NO.: 25-02864-5-PWM

DATE FILED: July 29, 2025
CHAPTER: 7

CERTIFICATE OF SERVICE
I hereby certify that on 8/14/2025, I served the following by US MAIL:

Amended Schedule E/F and Amended Summary of Schedules
To Trustee:

Kevin Sink
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue
Suite 210
Raleigh, NC 27612

Amended Schedule E/F and Notice of Bankruptcy Case
To New Creditors:

FUNDO LLC
3323 NE 163rd St Suite 509
North Miami Beach, FL 33160

CFG MERCHANT SOLUTIONS LLC
201 Route 17 North, Suite 805
Rutherford, NJ 07070 USA

NELNET
P.O. Box 82565
Lincoln, NE 68501-2565

WELLS FARGO
800 Walnut Street
Des Moines, IA 50309-3605.

NAVY FEDERAL CREDIT UNION
P.O. Box 3000
Merrifield, VA 22119-3000

LABCORP
PO Box 2250
Burlington, NC 27216-2240

Dated: 08/14/2025

Debtor or Attorney for Debtor

Ex. B

From: Alnisa Fletcher (Fundo LLC) support@fundo.com
Subject: [Fundo LLC] Re: Re: Fundo Account - Notice Of Default
Date: Oct 22, 2025 at 9:27:55 AM
To: Justin Keefe justinkeefe770@gmail.com

Your request (878350) has been updated. To add additional comments, reply to this email.

**Alnisa Fletcher** (Fundo LLC)

Thank you we have documented

**Justin Keefe**

On Oct 21, 2025, at 8:43 AM, Justin Keefe <justinkeefe770@gmail.com> wrote:

You continue to call and email with threats and demands after being mailed a letter and verbally notified or bankruptcy proceedings

***You are in violation of an automatic stay order issued by the United States bankruptcy court.***

I have done everything in my power to prevent bankruptcy and if I possibly could continue paying my debts I would but I cannot at this time.

On Oct 21, 2025, at 8:15 AM, Support@fundo.com wrote:

Fundo

# NOTICE OF DEFAULT

Ref No. 029530490;
10/21/2025
Dear Justin Keefe

We have not received a payment or payment arrangement

towards the outstanding balance and your account remains seriously delinquent and is now in default.

Unfortunately, if we continue to receive no payments arrangements, your account can be assessed additional default fees per the terms of the Payment Rights Purchase Sale Agreement for your Merchant Cash Advance originated on/or about (origination date). These fees can significantly impact your current balance by making the past due balance more difficult to resolve.

There is still good news for you! There is still an opportunity to review the programs available to bring resolution to your account. Our options can include payment plans to suit your current financial situation.

Contact us today to discuss the options available to you. Call **1-866-358-3877**, Monday through Friday between 9:00 AM - 5:00 PM EST. For your convenience, you can also email us at Support@Fundo.com or text at any time.

**On mobile? Click the button below to call us.**

**1-866-358-3877**

Fundo LLC
Ref No. 029530490

**Office Hours**
Monday to Friday
9:00 AM - 5:00 PM EST

Fundo LLC
3323 NE 163 Street, Suite 509
North Miami Beach, FL 33160
1-866-393-8636 | **Support@Fundo.com**

Attachment(s)
25-02864 - Notice of BK Filing.pdf

**Alnisa Fletcher** (Fundo LLC)

I do apologize we have not received a stay order nor a case number at this point

**Justin Keefe**

You continue to call and email with threats and demands after being mailed a letter and verbally notified or bankruptcy proceedings

***You are in violation of an automatic stay order issued by the United States bankruptcy court.***

I have done everything in my power to prevent bankruptcy and if I possibly could continue paying my debts I would but I cannot at this time.

On Oct 21, 2025, at 8:15 AM, Support@fundo.com wrote:

Fundo

# NOTICE OF DEFAULT

Ref No. 029530490;
10/21/2025
Dear Justin Keefe

We have not received a payment or payment arrangement towards the outstanding balance and your account remains seriously delinquent and is now in default.

Unfortunately, if we continue to receive no payments arrangements, your account can be assessed additional default fees per the terms of the Payment Rights Purchase Sale Agreement for your Merchant Cash Advance originated on/or about (origination date). These fees can significantly impact your current balance by making the past due balance more difficult to resolve.

There is still good news for you! There is still an opportunity to review the programs available to bring resolution to your account. Our options can include payment plans to suit your current financial situation.

Contact us today to discuss the options available to you. Call **1-866-358-3877**, Monday through Friday between 9:00 AM - 5:00 PM EST. For your convenience, you can also email us at Support@Fundo.com or text at any time.

**On mobile? Click the button below to call us.**

**1-866-358-3877**

Fundo LLC
Ref No. 029530490

**Office Hours**
Monday to Friday
9:00 AM - 5:00 PM EST

Fundo LLC
3323 NE 163 Street, Suite 509
North Miami Beach, FL 33160
1-866-393-8636 | **Support@Fundo.com**

Zendesk

[M00LN3-6K9RY]

File Number: 20250155628H
Date Filed: 10/22/2025 10:46:00 AM
Elaine F. Marshall
NC Secretary of State

Ex C

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>Clayton Florist | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS<br>424 Ashley Woods Ct | CITY<br>Clayton | STATE<br>NC | POSTAL CODE<br>27527 | | COUNTRY<br>USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME<br>FLORIST AT PLANTATION | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS<br>424 Ashley Woods Ct | CITY<br>Clayton | STATE<br>NC | POSTAL CODE<br>27527 | COUNTRY<br>USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>Fundo LLC | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>3323 NE 163rd Street, Suit 509 | CITY<br>North Miami Beach | STATE<br>FL | POSTAL CODE<br>33160 | COUNTRY<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:

See Attachment

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
4579871

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**12. ADDITIONAL SPACES FOR ITEM 4(Collateral)**

**All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Properly; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and I. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.**

EX. D

**Fundo-Schedule.pdf**
1.9 MB

On Dec 16, 2025, at 1:00 PM, service@paypal.com wrote:

Hello, Justin Keefe

# Your PayPal account is temporarily limited

Why is your account limited?

We've received Legal Demand/Order(s) that affect your PayPal account. The order(s) is a legal seize of property or accounts to satisfy a debt. The order(s) requires us to freeze and/or turn over any funds in your account. As a result, we've temporarily blocked certain features on your account.

Some of the features that are blocked are:

- Send money
- Withdraw money
- Issue refunds

**What should you do?**

If you have any questions or need more information about the order(s), log in to your PayPal account.

Log In to PayPal

**What happens next?**

We'll restore your account to normal standing after this matter is resolved.

We appreciate your attention to this matter.

Help & Contact | Security | Apps

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

Not sure why you received this email? Learn more

Copyright © 1999-2025 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.