From: Legal Collection legal@lupoloverlaw.com
Subject: Fundo Account - Notice Of Default
Date: Dec 18, 2025 at 2:28:14 PM
To: Justin Keefe justinkeefe770@gmail.com

Dear Mr. Keefe,

According to Fundo's records, it doesn't appear they were properly notified by the courts. With that said, we have sent this over to the attorney for review. Please be patient with us as we attempt to resolve this matter.

Regards,

Legal Department

> On Wed, Dec 17, 2025 at 11:30 PM Justin Keefe <justinkeefe770@gmail.com> wrote:
> I am the debtor in the above-referenced bankruptcy case.
>
> You were listed as a creditor and received notice of my bankruptcy filing.
> Despite this, you filed or are maintaining a UCC lien against my PayPal account.
>
> This action violates the automatic stay under 11 U.S.C. § 362
>
> The UCC filing is void and unenforceable.
>
> Demand is hereby made that you immediately terminate the UCC filing and
> confirm in writing within 10 days. Failure to comply will result in a motion
> for sanctions being filed with the bankruptcy court without further notice.
>
> Sincerely,
>
> Justin Keefe
> Debtor, Pro Se

From: DoorDash mxpsupport@doordash.com
Subject: [Action required] Your account cannot receive payments due to lien
Date: Dec 23, 2025 at 4:36:17 AM
To: support@thefloristatplantation.com

EX. F

for Merchants

## Action required

# Payments paused due to lien

### Resolve the lien to receive payments

Our payment processor, Stripe has flagged your account because of an active lien or levy. Payments to The Florist at Plantation (Store ID: 38268885) are paused and cannot resume until this matter is resolved.

**Why did this happen?** Stripe, identified a lien or levy filed against your business. Stripe is legally obligated to pause payment activity until this issue is resolved.

**How do I resolve it?**
There is an active lien on this account totaling $4,952. Ask this account to have the lien holder, Fundo, LLC , send a signed release to llg-notices@stripe.com.

*The lien amount referenced above is the total and does not reflect any payments or withheld funds applied toward it.*

Please note, the release notice for the active lien or levy must come from the creditor listed above - any release notices coming directly from the merchant will not be accepted.

**Need help?** Contact **mxpsupport@doordash.com** for guidance.

**Reminder:** DoorDash cannot override this hold. Only Stripe can lift the payment pause after receiving the lien release.

DOORDASH

---

Contact Support

Learning Center

Merchant Portal

Refer & Earn[1]

©2025 DoorDash Inc.
303 2nd Street, South Tower, Suite 800
San Francisco, CA 94107
Privacy Policy

Help Center | View email in browser

[1] Refer a merchant that is a new small business (with 75 stores or fewer) in the US new to DoorDash Marketplace, not owned or operated by you, have a publicly accessible storefront [illegible] within 45 days of your submission, and [illegible] Subject to Merchant Referral Program Terms & Conditions.