**LAW OFFICES OF MICHAEL LUPOLOVER, P.C.**

MICHAEL LUPOLOVER, ESQ. *

LICENSED IN NY & NJ

333 SYLVAN AVE SUITE 105, ENGLEWOOD CLIFFS, NJ 07632
(P) 914.344.6661 ● (F) 201.608.7116
(E) Legal@LupoloverLaw.com ● (W) www.Lupoloverlaw.com

January 28, 2026

**VIA EMAIL AND U.S. MAIL**

US Bankruptcy Administrator
Eastern District of North Carolina
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
Attn: Stephanie J. Butler
Stephanie_butler@nceb.uscourts.gov

**Re:** ***In re Justin Lambert Keefe***
**Case No. 25-02864-5-PWM**
**Acknowledgment of Notice of Motion for Sanctions**

Dear Ms. Butler

Fundo acknowledges receipt of the Debtor's Motion for Sanctions filed in the above-referenced bankruptcy matter. We submit this correspondence to clarify the relevant timeline and the actions taken by Fundo upon receiving notice of the bankruptcy filing and the subsequent motion.

Fundo did not receive notice from the Court regarding the Debtor's bankruptcy filing until December 18, 2025, although the petition was filed on July 29, 2025. Immediately upon receiving notification, Fundo took prompt corrective action and submitted release agreements to ensure that the holds associated with the Debtor's accounts were lifted. A release was issued to PayPal, Inc. the same day. Approximately one week later, a release was transmitted to Stripe, Inc., as Fundo had been unaware of Stripe's hold due to a delay in receiving Stripe's response necessary to complete the release agreement. Once the required information was received, Fundo acted without delay and provided Mr. Keefe with Stripe's release confirmation number: casef_Tmk8b0OcW3XbEU. Fundo has also terminated the underlying lien, filing number 20260011459A.

**LAW OFFICES OF MICHAEL LUPOLOVER, P.C.**

333 SYLVAN AVE SUITE 105, ENGLEWOOD CLIFFS, NJ 07632
(P) 914.344.6661 ● (F) 201.608.7116
(E) Legal@LupoloverLaw.com ● (W) www.Lupoloverlaw.com

Fundo further communicated directly with the bankruptcy trustee, Kevin Sink of Waldrep Wall Babcock & Bailey, PLLC via email, copying the pro se Debtor, to advise that the holds had been lifted and that releases had been issued to both PayPal and Stripe. In that same correspondence, Fundo requested that the Motion for Sanctions be withdrawn in light of the corrective actions taken. No response was received from either the trustee or the Debtor regarding withdrawal of the motion.

Fundo remains committed to full compliance with the Bankruptcy Code and the directives of the Court. Should the Court or any party require additional documentation or clarification, Fundo will provide it promptly.

Thank you for your attention to this matter.

Respectfully,

*Michael Lupolover, Esq.*
*Law Offices of Michael Lupolover, PC*

ML: mr

cc: Justin Keefe
Selma Flower Company
The Florist at Plantation
424 Ashley Woods Ct
Clayton, NC 27527