**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Raleigh Division**

IN RE:
Justin Lambert Keefe
***( known aliases: Selma Flower Company, The Florist at Plantation )***
424 Ashley Woods Ct
Clayton, NC 27527
TaxID: 88−2003424, 92−2080375

CASE NO.: 25−02864−5−PWM

DATE FILED: July 29, 2025
CHAPTER: 7

DEBTOR'S INFORMATIONAL RESPONSE TO CREDITOR'S CORRESPONDENCE

The Debtor respectfully submits this response to the Creditor's correspondence filed on the docket, for the limited purpose of clarifying the factual record and providing context regarding the sequence of events described therein.

I. NOTICE OF BANKRUPTCY: The Creditor's correspondence states that notice of the bankruptcy filing was first received on December 18, 2025. The Debtor respectfully provides the following additional timeline for the Court's consideration.

On August 14, 2025, the Debtor mailed a copy of the bankruptcy filing amendment and notice of bankruptcy to Fundo via U.S. Mail. Following that mailing, the Debtor continued to receive communications from Fundo by telephone, email, and text message throughout August, September, and October 2025.

On October 22, 2025, Fundo's agent, Alnisa Fletcher, confirmed in writing that notice of the bankruptcy filing had been documented. This confirmation followed the Debtor's email of October 21, 2025, which included a copy of the bankruptcy notice and is reflected in **Exhibit B to the Debtor's previously filed motion**.

II. COMMUNICATIONS REGARDING LIENS: The Creditor's correspondence references an email indicating that the Stripe and PayPal liens had been lifted. That communication did not reference withdrawal of the UCC filing.

The Creditor's correspondence further reflects that no response was received from the Debtor or the Trustee. For completeness of the record, the Debtor notes the following.

On January 13, 2026, Trustee Kevin Sink replied by email to Fundo, with the Debtor copied, advising that he did not represent the Debtor and that further correspondence should be directed to the Debtor, as he was unable to withdraw the pending motion.

On January 15, 2026, after reviewing the PayPal account and the North Carolina Secretary of State UCC portal, the Debtor replied by email to Fundo requesting confirmation that the UCC lien had been withdrawn, as the lien remained active at that time. The Debtor advised that confirmation of withdrawal was necessary in order to evaluate whether withdrawal of the pending motion would be appropriate. No response was received from Fundo.

The withdrawal of the UCC lien was subsequently filed with the North Carolina Secretary of State on January 28, 2026, which is the same date as the Creditor's correspondence submitted to the Clerk.

III. CURRENT STATUS AND PRESERVATION OF RECORD: As of the date of this filing, the Debtor confirms that the Stripe lien, PayPal lien, and UCC lien have been released. The Debtor maintains copies of the referenced communications not previously filed as exhibits, and is prepared to produce such communications at the Court's request or to present them at the scheduled hearing.

The Debtor respectfully requests that the Court continue to consider the pending motion in light of the complete sequence of events, including the timing of notice, the duration of the liens, the communications exchanged, and the impact on the Debtor during the period in which the liens remained in effect.,

Justin Lambert Keefe
2/8/2025