# SETTLEMENT AND RELEASE AGREEMENT

This Settlement and Release Agreement ("Agreement") is made and entered into by and between Justin Keefe ("Keefe") and Fundo LLC ("Fundo"), collectively referred to as the "Parties," and individually as a "Party." This Agreement shall become effective on the date it is last executed by a Party (the "Effective Date").

## RECITALS

**WHEREAS**, Keefe filed a Chapter 7 bankruptcy petition on July 9, 2025;

**WHEREAS**, the Chapter 7 Trustee filed a Report of No Distribution on September 22, 2025;

**WHEREAS**, Keefe filed a Motion for Sanctions for Violation of Automatic Stay Against Fundo LLC ("Stay Motion") on January 7, 2026 [DE 37], and supplemented it on January 13, 2026 [DE 40] ("Stay Violation Matter");

**WHEREAS**, Keefe was granted a discharge in his Chapter 7 case on January 27, 2026;

**WHEREAS**, Fundo filed a response in opposition to the Stay Violation Matter on February 6, 2026;

**WHEREAS**, the Bankruptcy Court held a hearing on the Stay Violation Matter on February 10, 2026, which was continued to March 4, 2026;

**WHEREAS**, the Parties desire to resolve all outstanding matters between them without further litigation;

**NOW, THEREFORE**, **IN CONSIDERATION OF** the mutual promises, covenants, and terms set forth herein, and with the intention to fully resolve all claims and disputes between them, the Parties agree as follows:

1. **Settlement Payment**. Fundo agrees to pay the amount of $5,000.00 ("Settlement Payment") to Keefe no later than March 20, 2026, by depositing the funds into Fundo's trust account for Keefe's benefit.

2. **Withdrawal of Stay Motion**. Keefe shall withdraw his Stay Motion with prejudice within seven (7) days of receiving written confirmation from Fundo that the Settlement Payment has been made.

3. **Distribution of Settlement Payment**. Upon notification from the Bankruptcy Court of the withdrawal of the Stay Motion with prejudice, Fundo is authorized to distribute the Settlement Payment to Keefe by wire transfer or through another mutually agreed-upon method.

Initial
JK

4. **Release of Claims**. Subject to the fulfillment of the conditions outlined in Sections 1 through 3 of this Agreement, each Party, on behalf of themselves and their respective officers, directors, employees, agents, attorneys, insurers, shareholders, members, representatives, and assigns, hereby fully, completely, and irrevocably releases, acquits, and discharges the other Party from any and all claims, demands, causes of action, suits, liabilities, debts, obligations, or damages (known or unknown, accrued or contingent), arising from or related to the Stay Violation Matter or any act or omission occurring on or before the date of this Agreement. This release excludes the rights and obligations created by this Agreement.

5. **No Admission of Liability.** The Parties agree that this Agreement is a settlement of disputed claims and does not constitute an admission of liability by any Party. Each Party expressly denies any liability for the claims referenced herein.

6. **Non-Disparagement**. The Parties agree to refrain from making any statements or taking any actions that could negatively impact the reputation of the other Party. Specifically, neither Party shall:

(a) make disparaging comments about the other in writing, orally, or via electronic communication;
(b) engage in interviews or release public statements that reflect negatively on the other;
(c) take any other actions that would harm the other Party's reputation.

This provision does not restrict either Party from responding truthfully to legal inquiries, subpoenas, or in compliance with court orders.

7. **Governing Law.** This Agreement shall be governed by, and construed in accordance with, the laws of the State of North Carolina, without regard to its conflict of laws principles.

8. **Entire Agreement.** This Agreement contains the full and complete understanding between the Parties regarding the subject matter hereof. No prior or contemporaneous oral or written representations or agreements shall have any force or effect unless specifically incorporated into this Agreement.

9. **Modification.** This Agreement may only be amended or modified by a written document signed by both Parties.

10. **Severability.** If any provision of this Agreement is found to be invalid or unenforceable, the remainder of the Agreement shall remain in full force and effect as if the invalid provision had never been included.

11. **Attorneys' Fees and Costs**. Each Party shall bear its own legal fees and costs incurred in connection with this Agreement, except as otherwise provided herein. Both Parties acknowledge that they have had the opportunity to consult with legal counsel regarding the terms of this Agreement.

Initial
Jk

12. **Voluntary Execution**. Each Party affirms that they have read and understood the terms of this Agreement and that they enter into it voluntarily, without coercion, and with full authority to do so.

13. **No Assignment or Encumbrance**. Each Party warrants that they have not assigned or encumbered any claims released under this Agreement and that they are free to release such claims.

14. **Binding Effect.** This Agreement shall be binding upon, and inure to the benefit of, the Parties and their respective successors, assigns, heirs, executors, administrators, and legal representatives.

15. **Covenant Not to Sue.** The Parties agree not to initiate any legal action, claim, or proceeding in connection with the claims released under this Agreement.

16. **Confidentiality**. The Parties agree to maintain the confidentiality of the terms and existence of this Agreement, except as required by law or to communicate with their attorneys, accountants, or tax advisors. This confidentiality obligation survives the termination of this Agreement.

17. **Tax Responsibility**. Keefe shall be solely responsible for any taxes arising from the Settlement Payment, including any penalties or interest that may be incurred.

18. **Notice.** Notices shall be sent to the addresses or email addresses on file with the Parties, or to any updated addresses provided in writing. All notices required or permitted under this Agreement must be in writing and will be deemed effective when delivered:

(i) personally;
(ii) by overnight courier service with tracking;
(iii) by email (provided the email is not undelivered).

19. **Court Approval and Jurisdiction.** This Agreement is subject to the approval of the Bankruptcy Court. The Bankruptcy Court shall retain jurisdiction to enforce this Agreement.

20. **Counterparts.** This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same document. Signatures transmitted by electronic means, including PDF, facsimile, or electronic signature platforms, shall be valid and binding.

21. **Construction.** The section headings in this Agreement are for convenience only and shall not affect the interpretation of any provision. The singular includes the plural, and vice versa, as appropriate.

22. **Authority to Bind.** Each Party affirms that the individual signing this Agreement on behalf of a legal entity has full authority to bind that entity to the terms hereof. The Parties acknowledge

Initial
Jk

that this Agreement resolves a bona fide dispute between them and involves substantial legal issues.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Settlement and Release Agreement.

**FUNDO LLC**

DocuSigned by:
CEF761B38ACA471...

By: Melanie Gapany
Its: Chief Operations Officer
Dated: March 12, 2026 | 5:10 PM EDT

**JUSTIN KEEFE**

Signed by:
DC3B2CB1506A40A...

Justin Keefe
Dated: March 12, 2026 | 12:43 PM EDT

Initial

docusign

## Certificate Of Completion

Envelope Id: BEF7E2BD-2CED-4FD0-BF6A-CC2409FD7098 | Status: Completed

Subject: Complete with Docusign: Justin Keefe - Case No. 25-02864 - Fundo Settlement and Release Agreem...

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 4 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 4 | Fundo Legal Department |
| AutoNav: Enabled | | 3323 NE 163rd Street |
| EnvelopeId Stamping: Enabled | | Suite 509 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | North Miami Beach, FL 33160 |
| | | support@fundo.com |
| | | IP Address: 2601:586:8580:e |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>3/12/2026 9:53:59 AM | Holder: Fundo Legal Department<br>support@fundo.com | Location: DocuSign |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Justin Keefe<br>justinkeefe770@gmail.com<br>Security Level: Email, Account Authentication (None) | Signed by:<br>Justin Keefe<br>DC3B2CB1506A40A...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.203.243.148<br>Signed using mobile | Sent: 3/12/2026 9:59:52 AM<br>Viewed: 3/12/2026 12:36:22 PM<br>Signed: 3/12/2026 12:43:52 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 3/12/2026 12:36:22 PM
ID: 62b94cc8-9a33-4761-a801-4a952a9370a6

| Signer Events | Signature | Timestamp |
|---|---|---|
| Melanie Gapany<br>Melanie@Fundo.com<br>Chief Operations Officer<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>CEF761B38ACA471...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 146.168.96.79 | Sent: 3/12/2026 12:43:53 PM<br>Viewed: 3/12/2026 5:08:55 PM<br>Signed: 3/12/2026 5:10:35 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 4/3/2025 12:17:17 PM
ID: 508db48e-5b2b-4f79-9297-b94b0ee14630

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/12/2026 9:59:52 AM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 3/12/2026 5:08:55 PM |
| Signing Complete | Security Checked | 3/12/2026 5:10:35 PM |
| Completed | Security Checked | 3/12/2026 5:10:35 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Fundo LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Fundo LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: support@fundo.com

**To advise Fundo LLC of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at support@fundo.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Fundo LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to support@fundo.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Fundo LLC**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to support@fundo.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to ‘I agree to use electronic records and signatures’ before clicking ‘CONTINUE’ within the DocuSign system.

By selecting the check-box next to ‘I agree to use electronic records and signatures’, you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Fundo LLC as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Fundo LLC during the course of your relationship with Fundo LLC.